# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JUSTIN GILBERT**  **PLAINTIFF**
**ADC #154604**

**VS.**  **4:21-CV-00131-BRW**

**ROBERT CARROLL,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Justin Gilbert ("Plaintiff"), who is currently in custody at the North Central Unit of the Arkansas Division of Correction, filed a motion to proceed *in forma pauperis*.[1] Plaintiff also filed a complaint against Judge Robert Carroll, Union County Sheriff Ricky Robert, Parole Officer Ebony Beach, and an unidentified Doe Defendant.[2]

This case is currently pending in the Eastern District of Arkansas. Defendants apparently are employed in Union County, Arkansas, and Plaintiff's claims arise out of incidents that apparently occurred in El Dorado, Arkansas—which is also in Union County. Union County is located in the Western District of Arkansas. Based on the defendants named and the allegations made, the interests of justice would best be served by transferring this case to the Western District of Arkansas.[3] The Clerk of Court is directed to transfer Plaintiff's entire case file immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 23rd day of February, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 2.

[3] 28 U.S.C. § 1406(a); 28 U.S.C. § 1391(b).